UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTER PRODUCTS, LLC,

                Plaintiff,

-v-

GRAND RAPIDS LIQUIDATORS LLC, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 2294 (CM) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case was referred for resolution of discovery disputes. (ECF No. 22). A telephone conference to discuss the parties' discovery disputes is scheduled for **Thursday, July 31, 2025, at 2:00 p.m. E.T.** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

On or before **July 24, 2025**, the parties shall file a joint letter, of not more than 1,050 words, setting forth any discovery disputes ripe for the Court's attention.

The Clerk of Court is respectfully directed to close ECF No. 21.

Dated:      New York, New York
              July 9, 2025

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**