UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTER PRODUCTS, LLC,

                Plaintiff,

-v-

GRAND RAPIDS LIQUIDATORS LLC, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 2294 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on August 20, 2025, another telephone conference to discuss the status of discovery is scheduled for **September 15, 2025 at 3:30 p.m. E.T.** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

In advance of the September 15, 2025 telephone conference, Defendants' counsel shall:

1. Follow up with Defendants regarding the sales made on Defendants' website and advise Plaintiff's counsel with an update of available documents for production;

2. Update Defendants' Initial Disclosures regarding the information contemplated by Federal Rule of Civil Procedure 26(a)(1)(A)(ii);

3. Confirm whether any documents prior to March 20, 2025 have been withheld on the basis of privilege, and if so, provide a privilege log to Plaintiff's counsel.

Dated:    New York, New York
            August 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**