UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTER PRODUCTS, LLC,

          Plaintiff,

-v-

GRAND RAPIDS LIQUIDATORS LLC, et al.,

          Defendants.

CIVIL ACTION NO. 25 Civ. 2294 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Dkt. No. 26, there is presently a Telephone Conference (the "Conference") scheduled for **September 15, 2025 at 3:30 p.m. E.T.** on the Court's conference line to discuss the status of discovery. (Dkt. No. 26). In light of the Defendants' letter at Dkt. No. 27, which provides a status of discovery, the Conference is **CANCELLED**. (See Dkt. No. 27). On or before **September 24, 2025**, the parties shall file a joint status letter setting forth the status of discovery.

Dated:    New York, New York
          September 9, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**