UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTTER PRODUCTS, LLC,

        Plaintiff,

-v-

GRAND RAPIDS LIQUIDATORS LLC, et al.,

        Defendants.

CIVIL ACTION NO. 25 Civ. 2294 (CM) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the Court's Order at Dkt. No. 31, the parties were required to file a joint letter setting forth the status of discovery by October 15, 2025. To date, the parties have not filed the joint letter. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file the joint letter up to and including **October 23, 2025**.

Dated:    New York, New York
           October 16, 2025

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**