# LAW OFFICES OF
# TODD WENGROVSKY, PLLC.

285 Southfield Road, Box 585
Calverton, New York 11933
Tel (631) 727-3400
Fax (631) 727-3401
contact@twlegal.com

*[Handwritten annotation: 11/13/2025 - No Joint Pre-Trial Order needed at this point. Defendants shall respond to pending motion by 12/15 - no discussion of merits. Granted.]*

via ECF

November 12, 2025

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Otter Products, LLC v. Grand Rapids Liquidators LLC et al, SDNY 25-CV-2294

Dear Judge McMahon:

I represent the Defendants in the above-referenced action, and this is to request an extension of time for the parties to file the Joint Pre-Trial Order.

Pursuant to the Case Management Plan dated September 8, 2025 (Docket #28), the parties were to submit the Joint Pre-Trial Order by November 12, 2025.

However, on November 11, 2025, Plaintiff filed a Motion for Summary Judgment (Docket #34). In light of the newly pending Motion, and in the interest of efficiency and conserving resources, it is respectfully requested that the date to submit the Joint Pre-Trial Order be adjourned to a date following adjudication of the Motion for Summary Judgment.

This is the first request for extension with regard to the Joint Pre-Trial Order.

I have consulted with opposing counsel regarding this request. Plaintiff's counsel notes that Plaintiff has drafted its portions of the Pre-Trial Order and is ready to comply with the Case Management Plan, but Plaintiff consents to this request.

Should the Court require any additional information, please contact the undersigned.

Respectfully submitted,

/s/ Todd Wengrovsky

Todd Wengrovsky

cc: Michael Lee, Esq.,
*Counsel for Plaintiff,* via ECF

*11/13/2*