UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

Otter Products, LLC,

Plaintiff,

-against-

Grand Rapids Liquidators LLC. et al.,

Defendants.

No. 25 Civ. 2294 (CM)

**ORDER**

McMahon, J.:

The court denied plaintiff's motion for summary judgment in July, see dkt#45. The parties are hereby directed to file their joint pretrial order by December 20, 2026. We will try this case in the spring of 2027. A notice will go out after the filing of the pretrial order.

Dated: November 23, 2026

SO ORDERED:

Colleen McMahon